| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICHI D. YAW, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:21-CV-59
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
    Defendant. §

## ORDER

Pending is the Plaintiff, Richi D. Yaw's, *Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act*. (Doc. No. 25.)  Defendant Commissioner filed a response indicating that he is unopposed to Yaw's request. (Doc. No. 27.)  Magistrate Judge Zack Hawthorn issued a report recommending that Yaw's request be granted.  (Doc. No. 28.)  Neither party filed objections to the magistrate judge's report recommending that the request be granted.  It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 25) is **GRANTED**.  It is further

**ORDERED** that the Commissioner of Social Security pay Richi Yaw, in care of her attorney, Howard Olinsky, an attorney fee in the amount of $5,717.99, and it should be mailed to: Richi Yaw, in care of her attorney, Howard Olinsky, Olinsky Law Group, 250 South Clinton Street, Ste. 210, Syracuse, NY, 13202.  This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, Yaw is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

  SIGNED at Beaumont, Texas, this 22nd day of May, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE