IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RICHI D. YAW,<br><br>　　　　Plaintiff,<br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | NO. 9:21-CV-59<br><br>JUDGE MICHAEL TRUNCALE |

ORDER

Pending is a *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant* filed by Mr. Howard Olinsky, the plaintiff's attorney. (Dkt. #30.) Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Dkt. #31.) Neither party filed objections to the magistrate judge's report. It is therefore

ORDERED that the Report and Recommendation of the magistrate judge is ADOPTED and Mr. Olinsky's *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant* (Doc. 30) is GRANTED. Mr. Olinsky is awarded attorney's fees in the amount of $10,939.50 pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1). Upon receipt of payment, Mr. Olinsky must refund $5,717.99 in EAJA fees received in this matter to his client, Richi Yaw, within fourteen days.

**SIGNED this 9th day of May, 2025.**

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　 Michael J. Truncale
　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge